

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00183-CV

Trece **MEUTH**,
Appellant

v.

**CITY OF SEGUIN**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0546-B-CV
Honorable William Old, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee, City of Seguin, recover its costs of this appeal form appellant, Trece Meuth.

SIGNED February 15, 2017.

_____
Sandee Bryan Marion, Chief Justice